**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02911-CMA-CBS

TERESA ADAME,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulated Motion for Dismissal With Prejudice (Doc. # 8) signed by the attorneys for the parties hereto it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs.

    DATED:  November  27 , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge